IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BETH E. BRONDAS,<br>                     *Plaintiff*,<br>v.<br>CORIZON HEALTH, INC.,<br>                     *Defendant*. | CIVIL ACTION NO. 7:14-CV-00369<br><br>**O R D E R**<br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

For the reasons stated in the accompanying memorandum opinion, Defendant's motions to dismiss (docket nos. 18 & 33) are **GRANTED**, and any other pending motions are **DENIED as MOOT**.

It is so **ORDERED**.

The Clerk of the Court is hereby **DIRECTED** to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

**ENTERED** this __3rd__ day of June, 2015.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE